UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                          §
                                                §
CARLSON, JOHN M.                                §    Case No. 11-35088
CARLSON, DOROTHY M.                             §
                                                §
                                                §
         Debtor(s)                              §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                     US Courthouse
                     Bankruptcy Clerk
                     Assignment Desk, Rm 710
                     219 S. Dearborn St.
                     Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/26/2012 in Courtroom 250,

                     US Courthouse
                     100 S. 3rd St.
                     Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/14/2012                         By: _____


*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
CARLSON, JOHN M. § Case No. 11-35088
CARLSON, DOROTHY M. §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,194.11 |
| and approved disbursements of | $ | 8.60 |
| leaving a balance on hand of[1] | $ | 15,185.51 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | Inland Bank & Trust, f/k/a 1st Choice Bank 2805 Butterfield Road, Suite 200 Oak Brook, Illinois 60523 | $ 124,301.73 | $ 124,301.73 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 15,185.51 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 2,269.41 | $ 0.00 | $ 2,269.41 |
| Trustee Expenses: Roy Safanda | $ 38.30 | $ 0.00 | $ 38.30 |
| Attorney for Trustee Fees: Roy Safanda, Attorney | $ 525.00 | $ 0.00 | $ 525.00 |

Total to be paid for chapter 7 administrative expenses        $        2,832.71

Remaining Balance        $        12,352.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,004.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ 12,258.76 | $ 0.00 | $ 2,329.53 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 5,125.43 | $ 0.00 | $ 973.98 |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 3,209.47 | $ 0.00 | $ 609.89 |
| 000004 | Von Maur<br>6565 Brady St<br>Davenport, IA 52806-2054 | $ 947.27 | $ 0.00 | $ 180.01 |
| 000006 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 28,777.53 | $ 0.00 | $ 5,468.58 |
| 000007 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | $ 14,686.16 | $ 0.00 | $ 2,790.81 |

Total to be paid to timely general unsecured creditors    $    12,352.80

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
                              Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-35088-MB
John M. Carlson                                                       Chapter 7
Dorothy M. Carlson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton           Page 1 of 2           Date Rcvd: Jun 15, 2012
                              Form ID: pdf006           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2012.
```
db/jdb     +John M. Carlson,   Dorothy M. Carlson,   511 Fargo Blvd.,   Geneva, IL 60134-3223
18111874    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17723987   +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
17723988   +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
17723989   +Chase,   201 N Walnut St # De1-10,   Wilmington, DE 19801-2920
17723990   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18049507    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17723991   +City of Geneva,   22 South First Street,   Geneva, IL 60134-2291
17723992   +Clayton Carlson,   511 Fargo Blvd.,   Geneva, IL 60134-3223
17723994    General Casualty Co.,   One General Drive,   Sun Prairie, WI 53590-9334
18109276   +Inland Bank & Trust, f/k/a 1st Choice Bank,   2805 Butterfield Road, Suite 200,
             Oak Brook, Illinois 60523-1170
17723995   +Ist Choice,   1900 W. State Street,   Geneva, IL 60134-3635
17723996   +Laura Filbert,   531 Austin,   Geneva, IL 60134-1504
17723997   +Michael G. Cortina of,   Smith Amundsen, LLC,   2460 Lake Shore Drive,   Woodstock, IL 60098-6911
17723998    NCO Financial Systems, Inc.,   PO Box 15760,   Dept 07,   Wilmington, DE 19850-5760
17723999    Pierce & Associates,   13th Floor,   N. Dearborn,   Chicago, IL 60602
17724000   +RMS,   4836 Brecksville Rd.,   PO Box 539,   Richfield, OH 44286-0539
17724002   +State Collection Service, Inc.,   2509 S. Stoughton Rd,   Madison, WI 53716-3314
17724003  ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
            (address filed with court:   Von Maur,    6565 Brady St,   Davenport, IA 52806-2054)
17724004    WFNNB,   Bankruptcy Department,   PO Box 182125,   Columbus, OH 43218-2125
17724005   +Zwicker & Associates,   7366 N. Lincoln Avenue,   Lincolnwood, IL 60712-1708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17991691    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2012 01:24:14    Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17723993   +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2012 01:24:14    Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
17724001   +E-mail/PDF: pa_dc_claims@salliemae.com Jun 16 2012 04:05:11    Sallie Mae,   Po Box 9500,
             Wilkes Barre, PA 18773-9500
18131553   +E-mail/PDF: pa_dc_claims@salliemae.com Jun 16 2012 04:05:11    Sallie Mae,   c/o Sallie Mae Inc.,
             220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 4
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2012**           **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: ahamilton            Page 2 of 2                  Date Rcvd: Jun 15, 2012
                              Form ID: pdf006            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2012 at the address(es) listed below:

         Carl F Safanda    on behalf of Trustee Roy Safanda csafanda@xnet.com
         Ean L Kryska    on behalf of Creditor   Inland Bank and Trust ekryska@salawus.com,
          jadams@salawus.com
         Jay L Dahl    on behalf of Debtor John Carlson Jaydahllaw@gmail.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Roy  Safanda    rsafanda@xnet.com,  rsafanda@ecf.epiqsystems.com
         Roy  Safanda, Esq    on behalf of Trustee Roy Safanda rsafanda@xnet.com
                                                                                                                            TOTAL: 6