UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| CARLSON, JOHN M. | § | Case No. 11-35088 |
| CARLSON, DOROTHY M. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Roy Safanda _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Chase 201 N Walnut St # De1-10 Wilmington, DE 19801 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ist Choice 1900 W. State Street Geneva, IL 60134 | | | | | |
| 000005 | INLAND BANK & TRUST, F/K/A 1ST CHOI | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| CAPITAL ONE | | | | | |
| CAPITAL ONE BANK | | | | | |
| CAPITAL ONE BANK | | | | | |
| ROY SAFANDA, ATTORNEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Geneva 22 South First Street Geneva, IL 60134 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | General Casualty Co. One General Drive Sun Prairie, WI 53590-9334 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ist Choice 1900 W. State Street Geneva, IL 60134 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | WFNNB Bankruptcy Department PO Box 182125 Columbus, OH 43218-2125 | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000007 | SALLIE MAE | | | | | |
| 000004 | VON MAUR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-35088 MB Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | CARLSON, JOHN M. | Date Filed (f) or Converted (c): | 08/29/11 (f) |
| | CARLSON, DOROTHY M. | 341(a) Meeting Date: | 09/28/11 |
| For Period Ending: | 09/25/12 | Claims Bar Date: | 01/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence located at 511 Fargo Blvd, | 477,100.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking account with First Choice Bank, Geneva | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking account with First Choice Bank, Geneva | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. Checking account with Old 2nd National Bank, Batav | 2,981.00 | 0.00 | DA | 0.00 | FA |
| 6. Savings account with Old 2nd National Bank, Batavi | 3,570.00 | 0.00 | DA | 0.00 | FA |
| 7. Checking account located at State Bank of Geneva | 418.00 | 0.00 | DA | 0.00 | FA |
| 8. 8 rooms household goods, furnishings and fixtures | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 9. Wearing Apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 10. Illinois Municipal Retirement Fund Defined benefit | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. 186,000 common shares of Carlson Tool and Machine | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 1998 Lincoln Continental | 750.00 | 0.00 | DA | 0.00 | FA |
| 13. 1993 Buick Roadmaster | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. 2010 Subaru Forester | 20,000.00 | 17,600.00 | DA | 0.00 | FA |
| 15. All other personal property of any kind not alread | 981.00 | 0.00 | DA | 0.00 | FA |
| 16. Unscheduled Bank Account (u) | 0.00 | 0.00 | | 15,187.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.11 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $507,250.00 | $18,600.00 | | $15,194.11 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/12     Current Projected Date of Final Report (TFR): 06/01/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-35088 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | CARLSON, JOHN M. | Bank Name: | Capital One |
| | CARLSON, DOROTHY M. | Account Number / CD #: | *******7498 Money Market Account |
| Taxpayer ID No: | *******5990 | | |
| For Period Ending: | 05/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/02/11 | 16 | Dorothy Carlson 511 Fargo Blvd Geneva, IL 60134 | Unscheduled Bank Account | 1229-000 | 15,187.00 | | 15,187.00 |
| 11/30/11 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.99 | | 15,187.99 |
| 12/30/11 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 1.03 | | 15,189.02 |
| 01/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 1.03 | | 15,190.05 |
| 02/29/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.96 | | 15,191.01 |
| 03/30/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 1.03 | | 15,192.04 |
| 04/30/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 1.00 | | 15,193.04 |
| 05/22/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.70 | | 15,193.74 |
| 05/22/12 | | Transfer to Acct #*******7617 | Bank Funds Transfer | 9999-000 | | 0.04 | 15,193.70 |
| 05/22/12 | | Transfer to Acct #*******7617 | Bank Funds Transfer | 9999-000 | | 1,519.74 | 13,673.96 |
| 05/22/12 | | Transfer to Acct #*******7617 | Bank Funds Transfer | 9999-000 | | 13,673.96 | 0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | 15,193.74 | 15,193.74 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 15,193.74 | |
| | Subtotal | 15,193.74 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 15,193.74 | 0.00 | |

Page Subtotals  15,193.74  15,193.74

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-35088 -MB |
| Case Name: | CARLSON, JOHN M. |
| | CARLSON, DOROTHY M. |
| Taxpayer ID No: | *******5990 |
| For Period Ending: | 05/22/12 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7617  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/12 | | Transfer from Acct #*******7498 | Bank Funds Transfer | 9999-000 | 0.04 | | 0.04 |
| 05/22/12 | | Transfer from Acct #*******7498 | Bank Funds Transfer | 9999-000 | 1,519.74 | | 1,519.78 |
| 05/22/12 | | Transfer from Acct #*******7498 | Bank Funds Transfer | 9999-000 | 13,673.96 | | 15,193.74 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 15,193.74 | 0.00 | 15,193.74 |
| Less:  Bank Transfers/CD's | | 15,193.74 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********7498 | 15,193.74 | 0.00 | 0.00 |
| Checking Account - ********7617 | 0.00 | 0.00 | 15,193.74 |
| | 15,193.74 | 0.00 | 15,193.74 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    15,193.74    0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)